UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

NAN CAGLE,

      Plaintiff,

     v.                              **CASE NO.:** 3:13-cv-00001-GEC

GC SERVICES, LP,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, NAN CAGLE ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: February 6, 2013             RESPECTFULLY SUBMITTED,

                                             By: /s/ Richard W. Ferris

                                                Richard W. Ferris
                                                VSB# 31812
                                                Ferris Winder, PLLC
                                                530 East Main Street, Suite 710
                                                Richmond VA 23219
                                                Tel: 804-767-1800
                                                E-mail: rwferris@ferriswinder.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address.

By:     /s/ Richard W. Ferris

Richard W. Ferris
VSB# 31812
Ferris Winder, PLLC
530 East Main Street, Suite 710
Richmond VA 23219
Tel: 804-767-1800
E-mail: rwferris@ferriswinder.com