UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

NAN CAGLE,

    Plaintiff,

  v.                           **CASE NO.:** 3:13-cv-00001-GEC

GC SERVICES, LP,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

NAN CAGLE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, GC SERVICES, LP (Defendant), in this case.

DATED: March 1, 2013                RESPECTFULLY SUBMITTED,

                                        By: /s/ Richard W. Ferris

                                        Richard W. Ferris
                                        VSB# 31812
                                        Ferris Winder, PLLC
                                        530 East Main Street, Suite 710
                                        Richmond VA 23219
                                        Tel: 804-767-1800
                                        E-mail: rwferris@ferriswinder.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

    John "Jack" M. Robb, III
    LECLAIRRYAN
    Riverfront Plaza, East Tower
    951 East Byrd Street, Eighth Floor
    Richmond, Virginia 23219

        By:    /s/ Richard W. Ferris

        Richard W. Ferris
        VSB# 31812
        Ferris Winder, PLLC
        530 East Main Street, Suite 710
        Richmond VA 23219
        Tel: 804-767-1800
        E-mail: rwferris@ferriswinder.com