CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 06 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| NAN CAGLE, | ) | |
| | ) | Civil Action No. 3:13CV00001 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GC SERVICES, LP, | ) | By:   Hon. Glen E. Conrad |
| | ) |        Chief United States District Judge |
| Defendant. | ) | |

The court has before it the plaintiff's stipulation of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), no answer or motion for summary judgment having been filed in the case. It is accordingly,

ADJUDGED and ORDERED

that this action shall be, and it hereby is, dismissed with prejudice, and stricken from the docket of this court.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record.

Enter this 6th day of March, 2013.

/s/ Glen E. Conrad
CHIEF UNITED STATES DISTRICT JUDGE